UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAELONI TALTON,

        Plaintiff,                      Case No. 1:21-cv-633

v.                                        Honorable Ray Kent

GRAND RAPIDS POLICE DEPARTMENT
et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   September 29, 2021                 /s/ Ray Kent
                                                      Ray Kent
                                                      United States Magistrate Judge